**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                                    Case No. 11-CR-191

**SHYWAN MATHIS,**

    Defendant.

## DECISION AND ORDER

The Court declines to grant Defendant Shywan Mathis' ("Mathis") request to have the presentence report ("PSR") amended to delete the reference in paragraph 59 of the PSR and elsewhere to a firearm connected with the subject offense and to a prior felon in possession of a firearm. There is no reason to do so.

**IT IS HEREBY ORDERED THAT:**

Mathis' request (ECF No. 409) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 3rd day of September, 2014.

                                                    **BY THE COURT:**

                                                    */s/ Rudolph T. Randa*
                                                    **HON. RUDOLPH T. RANDA**
                                                    **U.S. District Judge**